SCWC-11-0000709

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

GARY VAUGHAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000709; CASE NO. FC-CR 06-1-0456 and FC-CR 09-1-0448)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Gary Vaughan's

application for writ of certiorari, filed August 19, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, October 1, 2013.

Richard D. Gronna                    /s/ Mark E. Recktenwald
for Petitioner

                                     /s/ Paula A. Nakayama

                                     /s/ Simeon R. Acoba, Jr.

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

